# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: MARITZA GONZALEZ SANTOS
Case Number: 11-04024-ESL13  **Chapter:** 13
Date / Time / Room: 9/7/2011 2:00 PM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: MILLY GRACIA
Reporter / ECR:

### Matter:

DK 17 CONFIRMATION HEARING AMENDED PLAN DATED 8/30/2011
DK 19 DEBTPR'S REPLY TO TRUSTEE'S UNFAVORABLE RECOMMENDATION

### Appearances:

JOSE RAMON CARRION MORALES
ROBERTO FIGUEROA CARRASQUILLO

### Proceedings:

ORDER:

___ (Amended) dated _____ [Docket no. ___] ___CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.
___Hearing on Confirmation/Contested Matter is continued to: 11/9/2011 @ 2:00PM
___Attorney's Fees:$3,000.00; Other:_____

As per trustee's recommendation.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge