THE UNITED STATES BANKCRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARITZA GONZALEZ SANTOS

DEBTOR (S)

CASE NO. 11-04024-ESL

CHAPTER 13

**DEBTOR'S MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

**COMES NOW, MARITZA GONZALEZ SANTOS**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. On January 18, 2012, the Chapter 13 Trustee filed a Motion to Dismiss, in the above captioned case.

2. On February 17, 2012 debtor met with the undersigned attorney regarding the above mentioned motion to dismiss and debtor hereby informs that she is in the process of obtaining the monies to cure the arrears with the Trustee.

3. To be able to adequately oppose the motion the debtor needs an extension of time of thirty (30) days within to file her opposition, which extension of time expire on March 17, 2012.

**WHEREFORE**, the debtor, through her undersigned attorney respectfully requests that for the above stated reasons this Honorable Court grant the requested extension of time.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participant: debtor; and to all creditors and parties in interest in the above captioned case.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 17th day of February, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
USDC # 203614
PO BOX 193677
SAN JUAN, PR 00919
TEL NO 787-744-7699 FAX 787-746-529
EMAIL: rfigueroa@rfclawpr.com