## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO. 11-04024-ESL

MARITZA GONZALEZ SANTOS

DEBTOR                                          CHAPTER 13

### DEBTOR'S MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2013 TAX REFUND

TO THE HONORABLE COURT:

**NOW COMES, MARITZA GONZALEZ SANTOS,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor's confirmed Plan dated November 27, 2013, provides that debtor's tax refunds will be paid into the Plan. See docket #61.

2. The debtor has received the 2013 tax refund in the sum of $172.00. Attached is copy of 2013 local tax return, filed on April 15, 2014, which reflects the amount of the check issued by the Puerto Rico Treasury Department. It is to be noticed that the debtor met with the undersigned attorney regarding this matter and respectfully submits that she has lost the check stub/receipt, thus, she attached her tax return as evidence of the amount received from the Puerto Rico Treasury Department.

3. The debtor respectfully submits to the Court that she used these funds to pay for: car repair expenses. Attached is copy of car repair invoice.

4. The debtor was in need to use the funds from the 2013 "tax refund' to pay for this reasonable expense. Furthermore, the debtor is living within a very "tight" budget which barely

Page - 2-
Debtor's Motion Requesting Order
Case no. 11-04024-ESL13

covers her living expenses and a Plan payment of $150.00.

5. Based on the above-stated, the debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the debtor to pay for this expense with the "tax refund".

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2013 tax refund by the debtor to pay for the above stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to debtor, Maritza Gonzalez Santos, to her address of record: PO Box 3, Gurabo, PR 00778.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 4th day of August, 2014.

_/s/ Roberto Figueroa Carrasquillo_

ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfiguer oa@rfclawpr.com

Formulario 482  Rev. 31 oct 13

| Liquidador | Revisor |
|---|---|

**2013**  **2013**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL

Número de Serie

R G RO V1 V2 P1 P2 N D1 D2 E A M

01 de ene. de 2013 Y TERMINADO EL 31 de dic. de 2013

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO ___/___/___
    Día / Mes / Año
○ CONTRIBUYENTE ○ CONYUGE
○ CONYUGE SUPERSTITE RINDE OTRA PLANILLA
    PARA EL AÑO CONTRIBUTIVO

Nombre del Contribuyente  Inicial  **MARITZA**
Apellido Paterno  **GONZALEZ**
Apellido Materno  **SANTOS**
Número de Seguro Social Contribuyente  **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**

Sello de Recibido

Dirección Postal
**PO BOX 3**

**GURABO , PR**
Codigo Postal  **00778**

Fecha de Nacimiento  **06/02/1960**  Día Mes Año
Sexo ○ M ○ F
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge  Día Mes Año
Sexo ○ M ○ F
Teléfono Residencia ( 939 ) 251 - 8416

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge  Apellido Paterno  Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
**BO NAVARRO VALLE BORINQUEN**
**19 CARR 931 KM 7 HM 6 SOLAR**
**GURABO , PR**  Codigo Postal  **00778**

Teléfono del Trabajo ( 787 ) 258 - 7100

Correo Electrónico (E-Mail)  **CENTRO@HACIENDA.PR**
CAMBIO DE DIRECCION: ○ SI ○ No   PLANILLA 2014: ○ ESPAÑOL ○ INGLES

**Cuestionario**
(FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)
PLANILLA CON CHEQUE

SI  NO
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Otros ingresos excluidos o exentos de contribución?
    **(Someta Anejo IE Individuo)**
D. ○ ○ ¿Individuo residente inversionista?
    **(Someta Anejo F1 Individuo)**

F. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

Su ocupación  **DESEMPLEADA**  **8110**

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
    (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○ Contribuyente Individual
    (Enegrezca e indique nombre y seguro social del cónyuge si es:
    ○ Casado con capitulaciones de total separación de bienes
    ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde separado
    (Indique nombre y seguro social del cónyuge arriba)

Ocupación cónyuge

CONTRATO GOBIERNO:
○ Contribuyente ○ Cónyuge

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**
1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 29), indique distribución en las líneas A, B, C y D .... ⓘ (01) | 172 | 00
   A) Acreditar a la contribución estimada 2014 .... (02) | 0 | 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .... (03) | 0 | 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico .... (04) | 0 | 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) .... (05) | 172 | 00

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) .... (06) | 0 | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .... (07) | 0 | 00
   (b) Intereses .... (08) | 0 | 00
   (c) Recargo 0 y Penalidades 0 .... (09) | 0 | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) .... (10) | 0 | 00

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

**Depósito**
Tipo de cuenta  ○ Cheques ○ Ahorros
Número de ruta/tránsito
Número de su cuenta
Cuenta a nombre de:
Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente  **Firmada Electrónicamente**  Fecha  **15/04/2014**
Firma del Cónyuge  Fecha

ⓘ Nombre del Especialista (Letra de Molde)
Nombre de la Firma o Negocio

Firma del Especialista  Fecha
Especialista por cuenta propia (enegrezca aquí) ○
Número de Registro

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ○ Si ○ No. Si contestó "Si", exija la firma y el número de registro del Especialista.

Periodo de Conservación: Diez (10) años

RADICADO ELECTRONICAMENTE
04/04/2014 7:33:18 PM

NUMERO DE CONFIRMACION: 04152014105D703A942486012
Reproducido por Dept. de Hacienda de Puerto Rico (Centro: Plaza Carolina)

Rev. 31 oct 13

Formulario 482 - Página 2

**Si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas y rinden planilla conjunta, no complete los Encasillados 1 y 2, ni las líneas 13 a la 18 del Encasillado 3, y pase al Anejo CO Individuo.**

## Encasillado 1

**1. Sueldos, Comisiones, Concesiones y Propinas**

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| SUMINISTRE LOS COMPROBANTES DE RETENCIÓN (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 955 00 | 28,980 00 |
| | 0 00 | 0 00 |
| | 0 00 | 0 00 |
| | 0 00 | 0 00 |
| **Total** de comprobantes con esta planilla ........ **02** | 1 (01) 955 00 | 28,980 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ....... (02) | | |

2. Otros Ingresos (o Pérdidas):

A) Distribuciones totales de planes de retiro cualificados (Anejo D Individuo, Parte IV, línea 27) ...... (04) 0 00
B) Ganancia (o pérdida) en la venta o permuta de activos de capital (Anejo D Individuo, Parte V, línea 36 o 37, según aplique) ... (06) 0 00
C) Intereses (Anejo F Individuo, Parte I, línea 5) ...... (07) 0 00
D) Dividendos de corporaciones (Anejo F Individuo, Parte II, línea 4) ...... (09) 0 00
E) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte III, línea 3) ...... (10) 0 00
F) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Anejo F Individuo, Parte IV, línea 6) ...... (11) 0 00
G) Ingresos misceláneos (Anejo F Individuo, Parte VII, línea 6) ...... (12) 0 00
H) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ...... (13) 0 00
I) Ganancia (o pérdida) atribuible a industria o negocio (Anejo K Individuo, Parte II, línea 10) ...... (14) 0 00
J) Ganancia (o pérdida) atribuible a la agricultura (Anejo L Individuo, Parte II, línea 12) ...... (15) 0 00
K) Ganancia (o pérdida) atribuible a profesiones y comisiones (Anejo M Individuo, Parte II, línea 6) ...... (16) 0 00
L) Ganancia (o pérdida) atribuible a alquiler (Anejo N Individuo, Parte II, línea 7) ...... (17) 0 00
M) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ...... (18) 0 00
N) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ...... (19) 0 00
O) Participación distribuible en beneficios de sociedades, sociedades especiales y corporaciones de individuos (Someta Anejo R Ind.) .. (19) 0 00
P) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ) (20) 0 00

3. **Total de Ingresos** (Sume líneas 1B, 1C y 2A a la 2P) ...... (22) 28,980 00
4. Pensión Pagada por Divorcio o Separación (Núm. seg. soc. del que la recibe: ) (23) (Núm. sentencia ) (24) 0 00
5. **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) ...... (25) 28,980 00

## Encasillado 2

6. Total de Deducciones (Anejo A Individuo, Parte I, línea 11) ...... **03** (01) 0 00
7. **DEDUCCIÓN ESPECIAL PARA CIERTOS INDIVIDUOS** (Hasta un máximo de $5,350. Véanse instrucciones) ...... (02) 2,791 00
8. Exención Personal (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) ...... (03) 3,500 00
9. Exención por Dependientes (Complete el Anejo A1 Ind., véanse instrucciones)(04) 1 x $2,500 ...... (06) 2,500 00
   Custodia compartida o casado que rinde separado — B (05) 0 x $1,250 ...... (07) 0 00
   Total Exención por Dependientes (Sume líneas 9A y 9B) ...... (08) 2,500 00
10. Exención Personal Adicional para Veteranos ($1,500 por veterano. Si ambos cónyuges son veteranos, $3,000) ...... (09) 0 00
11. **Total Deducciones y Exenciones** (Sume líneas 6 a la 10) ...... (10) 8,791 00
12. **INGRESO NETO SUJETO A CONTRIBUCIÓN** (Línea 5 menos línea 11) (Si la línea 11 es mayor que la línea 5, anote cero) ...... (11) 20,189 00

## Encasillado 3

13. CONTRIBUCIÓN: (21) 1 Según Tabla    2 Tasas preferenciales (Anejo A2 Ind.)    3 Extranjero no residente    4 Anejo B4 Ind. (22) 783 00
14. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 12 o en Anejo A2 Ind., línea 10 es mayor de $300,000) (Anejo P Ind., línea7) (23) 0 00
15. **CONTRIBUCIÓN REGULAR ANTES DEL CRÉDITO** (Sume líneas 13 y 14) ...... (24) 783 00
16. Crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios y posesiones (Someta Anejo C Individuo) (Véanse inst.) (25) 0 00
17. **CONTRIBUCIÓN REGULAR NETA** (Línea 15 menos línea 16) ...... (26) 783 00
18. Exceso de la Contribución Básica Alterna Neta sobre la Contribución Regular Neta (Anejo CO Individuo, Parte II, línea 6) (Véanse instrucciones) (27) 0 00
19. **TOTAL CONTRIBUCIÓN DETERMINADA** (Sume líneas 17 y 18 o anote la cantidad del Anejo CO Individuo, línea 22, según aplique) ...... (28) 783 00
20. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ...... (29) 0 00
21. Créditos contributivos (Anejo B Individuo, Parte III, línea 22) ...... (30) 0 00
22. **RESPONSABILIDAD CONTRIBUTIVA** (Sume líneas 19 y 20 menos línea 21. Si es menos de cero, anote cero) ...... (31) 783 00
23. CONTRIBUCIÓN RETENIDA, PAGADA Y CRÉDITOS REEMBOLSABLES:

A) Mediante retención sobre salarios (Incluye las líneas 1A y 1C del Encasillado 1 o líneas 1A y 2A del Anejo CO Individuo) ..... (32) 955 00
B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) ...... (33) 0 00
C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 19) ...... (34) 0 00
D) Crédito por Trabajo (Véanse instrucciones) ...... (35) 0 00
E) Crédito para personas de 65 años o más (Véanse instrucciones) ...... (36) 0 00
F) Crédito compensatorio para pensionados de bajos recursos (Véanse instrucciones) ...... (37) 0 00
G) Crédito por el pago de derechos adicionales a los automóviles de lujo bajo la Ley 42-2005 (Véanse instrucciones) (Contribuyente: $ 0 (38); Cónyuge: $ 0 (39) ) (40) 0 00
H) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) (No aplica a casados que rinden separado)(41) 0 00
I) Crédito contributivo por oportunidad de empleo a Héroes y/o Heridos de las Fuerzas Armadas (Someta Anejo B4 Individuo) ...... (42) 0 00
J) Cantidad pagada con prórroga automática ...... (43) 0 00

Total Contribución Retenida, Pagada y Créditos Reembolsables (Sume líneas 23A a la 23J) ...... (44) 955 00

24. **TOTAL NO PAGADO DE LA CONTRIBUCIÓN** (Si la línea 23K es menor que la línea 22, anote la diferencia aquí, de lo contrario en la línea 27) ...... (45) 0 00
25. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte I, línea 21) ...... (46) 0 00
26. Contribución especial a individuos que llevan a cabo industria o negocio por cuenta propia (Véanse instrucciones) ...... (48) 0 00
27. Menos: Exceso de Contribución Retenida, Pagada y Créditos Reembolsables ...... (48) 172 00
28. BALANCE: • Si la línea 27 es mayor que la suma de líneas 24, 25 y 26, usted tiene un sobrepago. Anote diferencia aquí y en línea 1 de página 1.
    • Si línea 27 es menor que la suma de líneas 24, 25 y 26, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de la página 1.
    • Si diferencia entre línea 27 y la suma de líneas 24, 25 y 26, usted tiene que pagar y firmar su planilla en la página 1. ...... (50) 172 00

**LA CANTIDAD REFLEJADA EN LA LÍNEA 28 DEBERÁ TRASLADARSE A LA LÍNEA CORRESPONDIENTE DE LA PÁGINA 1.**

NÚMERO DE CONFIRMACIÓN: 04152014105D703A942486012    Período de Conservación: Diez (10) años    Reproducido por Dept. de Hacienda de Puerto Rico (Centro: Plaza Carolina)

**Anejo A1 Individuo**
Rev. 31 oct 13

**DEPENDIENTES**

**2013**

Año contributivo comenzado el __01_ de __ene.__ de **2013** y terminado el __31_ de __dic.__ de **2013**

Nombre del contribuyente
**MARITZA  GONZALEZ SANTOS**

Número de Seguro Social
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

**Parte I**   Información sobre Dependientes (Véanse instrucciones)   **55**

**INFORMACION IMPORTANTE**

☞ No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge para fines contributivos, no debe incluir a su cónyuge como parte de sus dependientes.

☞ Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.

☞ Ennegrezca el óvalo de custodia compartida si el dependiente está sujeto a esta condición. La exención será de $........ para cada contribuyente.

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Custodia Compartida | Fecha de Nacimiento Día / Mes / Año | Parentesco | Categoría * (N)(U)(I) | Número de Seguro Social |
|---|---|---|---|---|---|---|---|---|
| (01) | JORIELIS N GARCIA GONZALEZ | | | ⬭ | 31/10/2011 | Hija | N | 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 |
| (02) | | | | ⬭ | | | | |
| (03) | | | | ⬭ | | | | |
| (04) | | | | ⬭ | | | | |
| (05) | | | | ⬭ | | | | |
| (06) | | | | ⬭ | | | | |
| (07) | | | | ⬭ | | | | |
| (08) | | | | ⬭ | | | | |
| (09) | | | | ⬭ | | | | |
| (10) | | | | ⬭ | | | | |

* Véanse instrucciones.          Período de Conservación: Diez (10) años

RADICADO ELECTRONICAMENTE

| Formulario Form 499R-2/W-2PR Rev. 08.13 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|

**0 9 1 3 0 0**

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | |
|---|---|---|
| 1. Nombre - First Name<br><br>Martitza | 3. Núm. Seguro Social Social Security No.<br>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 | 7. Sueldos - Wages<br>**28980.00** |

| 17. Total Sueldos Seguro Social Social Security Wages |
|---|
| **28980.00** |

| Apellido(s) - Surname(s)<br><br>Gonzalez Santos | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN)<br>66-0667002 | 8. Comisiones - Commissions |
|---|---|---|

| 18. Seguro Social Retenido Social Security Tax Withheld |
|---|
| **1796.75** |

| Dirección Postal del Empleado - Employee's Mailing Address<br>Martitza Gonzalez Santos<br>PO Box 324<br><br>Gurabo PR 00778 | 5. Fecha en que comenzó a recibir la pension - Date on which you started to receive the pension<br>Dia   Mes   Año<br>Day ___ Month ___ Year ___ | 9. Concesiones - Allowances<br><br>10. Propinas - Tips |
|---|---|---|

| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
|---|
| **28980.00** |

| 2. Nombre y Direccion Postal del Patrono Employer's Name and Mailing Address<br>JOBS FOR YOU, INC.<br>HC 20  BOX 17600<br><br>JUNCOS PR 00777-9616 | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity<br>6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 11. Total = 7 + 8 + 9 + 10<br>**28980.00**<br>12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits |
|---|---|---|

| 20. Contrib. Medicare Retenida Medicare Tax Withheld |
|---|
| **420.19** |

| Número de Teléfono del Patrono Employer's Telephone Number  (787) 258-7100 | 6B. Donativos Charitable Contributions | 13. Cont. Retenida - Tax Withheld<br>**955.45**<br>14. Fondo de Retiro Gubernamental Governmental Retirement Fund |
|---|---|---|

| 21. Propinas Seguro Social Social Security Tips |
|---|

| Fecha Cese de Operaciones:   Dia   Mes   Año<br>Cease of Operations Date:   Day ___ Month ___ Year ___ | Copia C para Récords del Empleado Copy C for Employee's Records | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS |
|---|---|---|

| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
|---|

| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number<br>W416577 | | 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 |
|---|---|---|

| Número Control - Control Number<br>001881040 | Año: Year:  **2013** | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program |
|---|---|---|

| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
|---|

Instrucciones al dorso Copia B - Instructions on back of Copy B

PRSoft, Inc.  (787) 622-7550  www.prsoft.com

226

057667

Luis Torres Márquez  787-914-2596

| CUSTOMER'S ORDER NO. | | DEPT. | DATE: 28 mayo 14 |

NAME: Toyota Corolla 2005

ADDRESS:

CITY, STATE, ZIP

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | motor abanico del radiador | | |
| 2 | | | |
| 3 | buge lado derecho del frente | | |
| 4 | | | |
| 5 | caja de bola lado derecho | | |
| 6 | | | |
| 7 | bushing del plato lado derecho | | |
| 8 | | | |
| 9 | bota de los ejes | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | Piezas y labor | $ | 210 00 |

RECEIVED BY:

KEEP THIS COPY FOR YOUR RECORDS
©2001 REDIFORM® 5L320